**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**BAYLOR REED,**

                **Plaintiff,**

        **v.**                                            **CASE NO. 18-3218-SAC**

**SHAWNEE COUNTY JAIL STAFF, et al.,**

                **Defendants.**

## MEMORANDUM AND ORDER

This matter is a civil rights action filed under 42 U.S.C. § 1983. On February 22, 2019, the Court directed plaintiff to file an amended complaint and advised him that the amended complaint must identify individual defendants whose personal conduct he alleges violated his federal rights.

Plaintiff submitted an amended complaint as directed; however, the amended complaint again identifies as defendants "Shawnee County Jail Staff" and "Chorizon Medical Staff". Because this is insufficient to allow the Court to issue service of process to individual defendants, the Court will direct plaintiff to submit a second amended complaint that identifies, to the extent possible, individual defendants who personally participated in the alleged deprivation of his rights. The names of these individual defendants must appear in the caption of the complaint, and the body of the complaint must explain how each defendant participated in the violation of plaintiff's rights.

IT IS, THEREFORE, BY THE COURT ORDERED plaintiff is directed to submit a second amended complaint that properly identifies individual defendants. The Clerk of the Court shall transmit a form complaint

to plaintiff with this order. The amended complaint shall be filed with the Court on or before **December 2, 2019.**

IT IS FURTHER ORDERED plaintiff's motion for extension of time (Doc. 5) is denied as moot.

**IT IS SO ORDERED.**

DATED:  This 1st day of November, 2019, at Topeka, Kansas.

    S/ Sam A. Crow
    SAM A. CROW
    U.S. Senior District Judge